United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 15, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-10676
Summary Calendar

_____

THOMAS MICHAEL GROTHE,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:03-CV-605-Y
--------------------

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Thomas Michael Grothe appeals the district court's
affirmance of the Commissioner's denial of his application for
disability insurance benefits.  Grothe argues that the
administrative law judge (ALJ) erred by crediting the opinion of
a physician who was not a specialist.  Grothe also contends that
the ALJ erred by concluding that he could return to his past work
as a vocational instructor.  He contends that he has seen a
specialist who is willing to testify that he is disabled.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The record supports the ALJ's decision to afford considerable weight to the disputed medical opinion.  <u>See</u> 20 CFR § 404.1527.  An examination of the record as a whole shows that there is substantial evidence to support the ALJ's determination that Grothe retained the capacity to perform his past relevant work.  <u>See</u> <u>Ripley v. Chater</u>, 67 F.3d 552, 555 (5th Cir. 1995); <u>see also</u> <u>Griego v. Sullivan</u>, 940 F.2d 942, 945 (5th Cir. 1991).  Grothe's allegations concerning a specialist do not change this analysis.  Grothe has shown no error in the district court's judgment or in the Commissioner's decision to deny his application for benefits.  Accordingly, the judgment of the district court is AFFIRMED.